UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| RANDALL R. HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:04CV00046 ERW |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Terry I. Adelman [doc. # 21] pursuant to 28 U.S.C. § 636(b). The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation. Additionally, the Court notes that, on page 15 of the Report and Recommendation, that portion beginning on the sixth line from the bottom which currently states "*Id.* at 1328 (citing *Robinson v. Sullivan*, 956 F.2d 836, 838 (8th Cir. 1992))" shall be changed to state "*Id.* at 1323 (citing *Naber v. Shalala*, 22 F.3d 186, 188 (8th Cir. 1994))."

Accordingly,

**IT IS HEREBY ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Quintin Tobias disability benefits is **REVERSED**. The above-styled action is **REMANDED** to the Commissioner for further

proceedings in accordance with the Report and Recommendation.

Dated this 16th day of August, 2005.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE